UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

*This Document Relates to:*
*ALL ACTIONS*

## NON-PARTY ADOBE INC.'S NOTICE OF MOTION TO SEAL

CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York NY 10001
Telephone: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Non-Party Adobe Inc.*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration, which are being submitted contemporaneously with this Notice of Motion, Non-Party Adobe Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order to maintain under seal and redact highly confidential information in ECF Nos. 1355-5 and 1362-5, the provisional sealing of which is set to expire February 20, 2026.

DATED: February 20, 2026                     Respectfully Submitted,

                                             */s/ John Alexander*

                                             John Alexander
                                             CLIFFORD CHANCE US LLP
                                             Two Manhattan West
                                             375 9th Avenue
                                             New York NY 10001
                                             Telephone: (212) 878-8000
                                             Fax: (212) 878-8375
                                             john.alexander@cliffordchance.com

                                             *Counsel for Non-Party Adobe Inc.*